UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

GREG RUGGLES AND    )
LELAND FOSTER,     )
           )
    PLAINTIFFS,  )
           )
   VS.     )   CAUSE NO. 1:12-CV-134-RLM
           )
HALL DRIVE-INS, INC.,   )
           )
    DEFENDANT.  )

O R D E R

   The court GRANTS the parties' stipulation of dismissal (Doc. No. 20) and ORDERS this cause DISMISSED with prejudice as to all claims.

   SO ORDERED.

   ENTERED: <u>September 20, 2012</u>

          <u>  /s/ Robert L. Miller, Jr.     </u>
          Judge
          United States District Court